# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FLORENTINA DEMUTH,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>COUNTY OF LOS ANGELES; LOS ANGELES COUNTY SHERIFF'S DEPARTMENT; WAI CHIU R. LI; and DOES 1-100,<br><br>　　　　　　Defendants. | Case No. CV 10-06783 MWF (CWx)<br><br>**JUDGMENT AFTER TRIAL** |

　　　Pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure, IT IS HEREBY ORDERED, ADJUDGED and DECREED that judgment on the merits be entered in favor of Defendants COUNTY OF LOS ANGELES and DEPUTY WAI CHIU R. LI, and against Plaintiff FLORENTINA DEMUTH, and that Plaintiff take nothing; and that Defendants COUNTY OF LOS ANGELES and DEPUTY WAI CHIU R. LI be entitled to recover their costs from the Plaintiffs in accordance with Local Rule 54.

Dated: November 5, 2012

　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　United States District Court Judge

-1-